**Order entered September 18, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00778-CV

## D. REGINALD STOVER, JACE HARKEY,
## ROBERT H. HOLMES, AND THE HOLMES LAW FIRM, INC., Appellants

### V.

## ADM MILLING CO., INC., Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-13400**

## ORDER

Before the Court is appellants' September 13, 2018 joint motion for additional oral argument time. Appellants request an additional ten (10) minutes of argument time and three (3) minutes of rebuttal time.

The Court **GRANTS** appellants' September 13, 2018 joint motion for additional oral argument time. Appellants will present oral argument for the time requested in the joint motion.

/s/    DOUGLAS S. LANG
        PRESIDING JUSTICE